**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Robert L. Smith v. Grace Karanja

Appellate case number:      01-16-01004-CV

Trial court case number:    2015-14418

Trial court:                245th District Court of Harris County

The Court's April 18, 2017 Order struck appellant's brief and ordered appellant to file evidence of payment for the reporter's record or a letter indicating that he no longer wants that record with this Court within 10 days of that order. On April 24, 2017, appellant, Robert L. Smith, filed a notice in this Court indicating that he does not wish to have the reporter's record transcribed for the appellate record.

Accordingly, this Court will consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellant's amended brief is **ORDERED** to be filed no later than **30 days from the date of this order.** *See id.* 38.6(a).

Because appellant is proceeding the pro se, the Court notifies appellant that his amended brief may be stricken unless it complies with the Rules of Appellate Procedure by including the sections listed in Rule 38.1 and containing all appropriate citations to the clerk's record, *e.g.* (C.R. at __), or legal authorities. *See* TEX. R. APP. P. 38.1(a)-(k), 38.7, 38.9. Appellant is directed to contact the Clerk of this Court to obtain access to the clerk's record, filed with this Court on March 15, 2017, if appellant does not have a copy of it. If necessary, appellant may also include an appendix, either filed separately or after the end of the amended brief, with any relevant documents such as excerpts of the clerk's record. *See id.* 9.4(h), 38.1(k)(1), (2).

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                   ☒ Acting individually     ☐ Acting for the Court
Date: <u>May 2, 2017</u>